**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-1525**

———————

MICHAEL R. FULLER; NANCY J. HALSTEAD,

Plaintiffs - Appellants,

versus

COMMONWEALTH OF VIRGINIA; NLI/PLC/MACO III,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Chief District Judge. (CA-96-421-A)

———————

Submitted: September 20, 1996      Decided: October 3, 1996

———————

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael R. Fuller, Nancy J. Halstead, Appellants Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order denying relief on their request for preliminary injunctive relief or, in the alternative, a writ of mandamus. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Fuller v. Virginia</u>, No. CA-96-421-A (E.D. Va. Apr. 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>